IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00704-WYD-KLM

CHRISTIAN DIPAULO,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS FOR COUNTY OF ARAPAHOE,
ARAPAHOE COUNTY SHERIFF'S OFFICE,
BRIAN STARBUCK,
ANDREA SANTANA, and
ROSEMARIA RODRIGUEZ,

    Defendants.

---

### MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order [#33]** (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#33] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#33-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: December 1, 2015