IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-00704-WYD-KLM

CRISTIAN DIPAULO,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS FOR COUNTY OF ARAPAHOE;
ARAPAHOE COUNTY SHERIFF'S OFFICE;
BRIAN STARBUCK;
ANDREA SANTANA; and
ROSEMARIA RODRIGUEZ,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on March 2, 2016, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Board of County Commissioners for County of Arapahoe; Arapahoe County Sheriff's Office, and Brian Starbuck, and against Plaintiff, Christian DiPaulo, on Defendants' Motion for Summary Judgment.  It is further

ORDERED that plaintiff's complaint and action are dismissed with prejudice.  It is further

ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 3rd day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk